PIATT v. DOUGHNUT CORP.

No. 10 PC.

Case below: 28 N.C. App. 139.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. ABRAMS

No. 143 PC.

Case below: 27 N.C. App. 627.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. AUSTIN

No. 21 PC.

Case below: 26 N.C. App. 535.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. BRADSHAW

No. 147 PC.

Case below: 27 N.C. App. 485.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. BULLOCK

No. 35 PC.

Case below: 28 N.C. App. 1.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.